**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1331

RUTH KLEJNOT,

Plaintiff - Appellant,

versus

DOES 1-5, Inclusive; STEVEN R. COHEN, Acting
Director of the U.S. Office of Personnel
Management,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-00-
3732-MJG)

Submitted: June 13, 2002                 Decided: June 18, 2002

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ruth Klejnot, Appellant Pro Se. Ariana Wright Arnold, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ruth Klejnot appeals the district court's order granting summary judgment to Appellees in her civil action for insurance benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Klejnot v. Does 1-5, No. CA-00-3732-MJG (D. Md. filed Dec. 17, 2001; entered Dec. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED